1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

***

KIMBERLY GLASS,

12

Plaintiff,

13

vs.

14

MTM TRANSIT, LLC; CIRCUS AND
ELDORADO JOINT VENTURE, LLC d/b/a
SILVER LEGACY RESORT CASINO;
JOHN DOES I-XX, inclusive, ABC
CORPORATIONS I-X, inclusive; and
BLACK AND WHITE COMPANIES, I-X,
inclusive,

15
16
17
18

Defendants.

Case No.: 3:23-cv-00169-ART-CLB

**ORDER GRANTING**

STIPULATION FOR
DISMISSAL WITH PREJUDICE

19
20      Pursuant FRCP 41(a)(1)(A)(ii), Plaintiff KIMBERLY GLASS ("Plaintiff"), Defendant

21  MTM TRANSIT, LLC, and Defendant CIRCUS AND ELDORADO JOINT VENTURE, LLC

22  D/B/A SILVER LEGACY RESORT CASINO, hereby stipulate to dismiss this action in its entirety,

23  with prejudice, with each party to bear its own attorney's fees and costs.

24  ///
25  ///
26  ///
27  ///
28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

133267591.1

IT IS SO STIPULATED.

DATED this 3rd day of January, 2024.

TERRY FRIEDMAN AND JULIE THROOP

By _____
JULIE McGRATH THROOP, ESQ.
TERRY A. FRIEDMAN, ESQ.
300 South Arlington Avenue
Reno, Nevada 89501
Tel: (775) 322-6500
*Attorneys for Plaintiff*

DATED this 9th day of January, 2024.

SNELL & WILMER L.L.P.

By _____
JANINE C. PRUPAS, ESQ.
SARAH B. LEE, ESQ.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Tel: (775) 785-5440
*Attorneys for Defendant MTM Transit, LLC*

DATED this 10th day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH

By _____
ALICE K. HERBOLSHEIMER, ESQ.
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Tel: (775) 399-6383
*Attorneys for Defendant*
*Circus and Eldorado Joint Venture, LLC*
*d/b/a Silver Legacy Resort Casino*

**ORDER**

PURSUANT to the Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice in its entirety, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: January 11, 2024.

_____
Anne R. Traum
U.S. District Court Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

133267591.1

2